```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 16-02949-MDF
Donald I. Buchter                                              Chapter 13
Debra M Buchter
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1        User: CKovach             Page 1 of 1          Date Rcvd: Aug 30, 2016
                            Form ID: ntcnfhrg        Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
db/jdb       +Donald I. Buchter,   Debra M Buchter,   135 Shady Lane,   Landisburg, PA 17040-8135
4812668      +Apex Asset,   2501 Oregon Pike,   Lancaster, PA 17601-4890
4812671      +Bureau Of Account Mana,   3607 Rosemont Ave Ste 50,   Camp Hill, PA 17011-6943
4812672      +Cb Lancaster,   218 West Orange St,   Lancaster, PA 17603-3746
4812674      +Commonwealth Financial Systems,   245 Main St,   Dickson City, PA 18519-1641
4812676      +Rushmore Loan Mgmt Ser,   7515 Irvine Center Dr Ste 100,   Irvine, CA 92618-2930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4812667      +E-mail/Text: ally@ebn.phinsolutions.com Aug 30 2016 19:27:27     Ally Financial,
               Po Box 380901,   Bloomington, MN 55438-0901
4820889       E-mail/Text: ally@ebn.phinsolutions.com Aug 30 2016 19:27:27     Ally Financial,
               PO Box 130424,   Roseville MN 55113-0004
4812670      +E-mail/Text: banko@berkscredit.com Aug 30 2016 19:27:39     Berks Credit & Collections,
               Po Box 329,   Temple, PA 19560-0329
4825890       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2016 19:24:03
               LVNV Funding LLC, C/O Resurgent Capital Services,   P.O. Box 10675,
               Greenville, SC 29603-0675
4812675       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2016 19:24:03
               Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
4813731       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2016 19:27:48
               Pennsylvania Department of Revenue,   Bankruptcy division,  P O Box 280946,
               Harrisburg P A 17128-0946
                                                                                        TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4812669*     +Apex Asset,   2501 Oregon Pike,   Lancaster, PA 17601-4890
4812673*     +Cb Lancaster,   218 West Orange St,   Lancaster, PA 17603-3746
                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2016 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
         Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Stephen Wade Parker   on behalf of Joint Debtor Debra M Buchter Mooneybkecf@gmail.com,
          wade@swparkerlaw.com
         Stephen Wade Parker   on behalf of Debtor Donald I. Buchter Mooneybkecf@gmail.com,
          wade@swparkerlaw.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 5
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Donald I. Buchter
Debra M Buchter

Debtor(s)

Chapter 13

Case No. 1:16−bk−02949−MDF

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**September 28, 2016** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 12, 2016 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: CKovach |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 30, 2016 |