```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-02949-MDF
Donald I. Buchter                                               Chapter 13
Debra M Buchter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: CKovach            Page 1 of 1           Date Rcvd: Oct 17, 2016
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2016.
db/jdb         +Donald I. Buchter,    Debra M Buchter,    135 Shady Lane,    Landisburg, PA 17040-8135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Joint Debtor Debra M Buchter Mooneybkecf@gmail.com,
               wade@swparkerlaw.com
              Stephen Wade Parker    on behalf of Debtor Donald I. Buchter Mooneybkecf@gmail.com,
               wade@swparkerlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DONALD I. BUCHTER and | : | |
| DEBRA M BUCHTER, | : | CASE NO. 1:16-bk-02949 MDF |
| Debtors. | : | |

### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN AND DIRECTING DEBTORS TO FILE A FIRST AMENDED CHAPTER 13 PLAN

Following a hearing on confirmation of Debtors' Chapter 13 Plan, and upon consideration of the Objection filed by the Chapter 13 Trustee, the Objection is SUSTAINED, and it is hereby:

ORDERED that confirmation of Debtors' Plan is DENIED, and it is

FURTHER ORDERED that Debtors shall file a First Amended Chapter 13 Plan within sixty (60) days of the date of this Order or, upon certification of default, the case will be dismissed without further notice or hearing.

By the Court,

*Mary D France*
Bankruptcy Judge
(VK)

Date: October 13, 2016