IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: Donald & Debra Buchter | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| | : | CASE NO. 1:16-bk-02949 |
| | : | |
| | : | |

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ |
| 2. Less amount paid to attorney prior to filing petition | $ |
| 3. Balance of compensation to be paid through plan distributions | $ |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ |
| | |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $600.00 |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $177.00 |
| 3. Expenses reimbursed prepetition | $423.00 |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $0.00 |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $3318.98 |
| | |

| C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $3318.98 |
|---|---|
| | |

Dated: February 3, 2017                **/s/Stephen Wade Parker**
Stephen Wade Parker (315606)
MOONEY & ASSOCIATES
230 York Street
Hanover, PA 17331
swp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax