IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DONALD I. BUCHTER     CHAPTER 13
       DEBRA M. BUCHTER     CASE NO.: 1:16-bk-02949
                DEBTORS

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Debtors Donald I. Buchter and Debra M. Buchter for the above referenced case.

                                                             **By: /s/ Nicholas G. Platt**
                                                              Nicholas G. Platt 327239
                                                              MOONEY LAW
                                                              230 York Street
                                                              Hanover, PA 17331
                                                              ngp@mooney4law.com
                                                              (717) 632-4656 Phone
                                                              (717) 632-3612 Fax

Date: June 9, 2021