United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Donald I. Buchter  
Debra M Buchter  
    Debtors

Case No. 16-02949-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 29, 2021      Form ID: fnldecnd      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald I. Buchter, Debra M Buchter, 135 Shady Lane, Landisburg, PA 17040-8135 |
| 4812668 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 4812671 | + | Bureau Of Account Mana, 3607 Rosemont Ave Ste 50, Camp Hill, PA 17011-6943 |
| 4859119 | #+ | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 4812676 | + | Rushmore Loan Mgmt Ser, 7515 Irvine Center Dr Ste 100, Irvine, CA 92618-2930 |
| 5400814 | | U.S. Bank National Association, et al., C/O Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 5400815 | + | U.S. Bank National Association, et al., C/O Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, U.S. Bank National Association, et al. C/O Rushmore Loan Management Services 92619-2708 |
| 5292395 | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 18:46:38 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4820889 | | Email/Text: ally@ebn.phinsolutions.com | Nov 29 2021 18:39:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 4812667 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 29 2021 18:39:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 4812670 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 29 2021 18:39:00 | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 4812672 | + | Email/Text: csd1clientservices@cboflanc.com | Nov 29 2021 18:39:00 | Cb Lancaster, 218 West Orange St, Lancaster, PA 17603-3746 |
| 4812674 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Nov 29 2021 18:39:00 | Commonwealth Financial Systems, 245 Main St, Dickson City, PA 18519-1641 |
| 4825890 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2021 18:46:34 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 4812675 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 18:46:34 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 5160326 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 18:46:41 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5160327 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 18:46:41 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4855203 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 18:46:41 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| 4813731 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
|---|---|---|---|
| | | Nov 29 2021 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rushmore Loan Management Services LLC |
| 4812669 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 4812673 | *+ | Cb Lancaster, 218 West Orange St, Lancaster, PA 17603-3746 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor M&T BANK josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 Donald I. Buchter ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Debra M Buchter ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Donald I. Buchter,  
    **Debtor 1**

Debra M Buchter,  
    **Debtor 2**

Chapter 13

Case No. 1:16−bk−02949−HWV

Social Security No.:  
    xxx−xx−3204    xxx−xx−1305

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

    **Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Donald I. Buchter** in accordance with §1328 of the Bankruptcy Code.

Dated: November 29, 2021

By the Court,

Honorable Henry W. Van Eck  
Chief Bankruptcy Judge  
By: CourtneyWojtowicz, Deputy Clerk

**fnldec** (10/20)